# United States District Court
## Southern District of Georgia

WILLIE QUINTAVIOUS CHISUM,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 618-116

MAURICE BEAVERS, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated May 22, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Plaintiff's complaint is dismissed based on his failure to state a claim; furthermore, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

05/22/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
(By) Deputy Clerk